United States Bankruptcy Court
District of Oregon

In re:                                                          Case No. 20-61297-tmr
Michael D. Brown                                                Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0979-6          User: Admin.          Page 1 of 1          Date Rcvd: Aug 05, 2020
                              Form ID: OD2          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db           +Michael D. Brown,   792 Quines Crk Rd,   Azalea, OR 97410-9702
smg          +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
              Salem, OR 97309-5013
smg          +US Attorney General,   Department of Justice,   10th & Constitution NW,
              Washington, DC 20530-0001
102140366    +Aarons, Inc.,   P.O. Box 100039,   Kennesaw, GA 30156-9239
102131594    +Bonneville Collections,   8752 W Overland Rd,   Unit 103,   Boise, ID 83709-1604
102131595    +Brian Cox,   Law Offices of Brian Cox,   142 West 8th Ave.,   Eugene, OR 97401-2940
102153938    +Cody Barden Daniels & Palo Inc.,   P.O. Box 23909,   Portland, OR 97281-3909
102131596    +DC Jones Ent. LLC,   142 W. 8th Ave.,   Eugene, OR 97401-2940
102131597    +Department of Education,   400 Maryland Ave,   Washington, DC 20202-0008
102131598    +General Credit Service,   2724 W Main St.,   Medford, OR 97501-2403
102131599    +Professional Credit Service,   PO Box 7546,   Springfield, OR 97475-0021
102131600    +Santander,   Box 9118,   Temecula, CA 92589-9118
102136884    +Santander Consumer USA, Inc.,   1601 Elm St., Ste. 800,   Dallas, TX 75201-7260
102131601    +Southern Or Credit,   780 Garden Val Blvd,   Roseburg, OR 97471-1955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: ORREV.COM Aug 06 2020 06:28:00      ODR Bkcy,   955 Center NE #353,   Salem, OR  97301-2555
smg          +E-mail/Text: usaor.bankruptcy@usdoj.gov Aug 06 2020 02:34:38     US Attorney,   US Attorney,
              1000 SW 3rd Ave #600,   Portland, OR 97204-2936
102152895    +E-mail/Text: banko@creditsinc.com Aug 06 2020 02:34:09     CREDITS INCORPORATED,   PO BOX 127,
              HERMISTON, OR 97838-0127
102158030    +E-mail/Text: aseligson@scslaw.org Aug 06 2020 02:34:13     D.C. Jones Enterprises LLC,
              c/o Alan G. Seligson,   142 W. 8th Ave.,   Eugene, OR 97401-2940
102154568     EDI: ORREV.COM Aug 06 2020 06:28:00      ODR Bkcy,   955 Center St NE,   Salem OR 97301-2555
102150778     EDI: PRA.COM Aug 06 2020 06:28:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank (usa), N.a.,   POB 41067,   Norfolk VA 23541
102156117    +EDI: AIS.COM Aug 06 2020 06:28:00      Verizon,   by American InfoSource as agent,
              4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                    TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ODR Bkcy,   955 Center St NE,   Salem, OR  97301-2555
                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
NONE.                                                                   TOTAL: 0

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

**August 5, 2020**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

**U.S. Bankruptcy Judge**

OD2 (6/29/12) krw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re                                                                                )
 **Michael D. Brown,** xxx–xx–4471                      )
Debtor(s)                                                                       )    Case No.  **20–61297–tmr13**
                                                                                     )
                                                                                     )    ORDER OF DISMISSAL
                                                                                     )    AND ADMINISTRATIVELY
                                                                                     )    CLOSING CASE
                                                                                     )

The Court finding that:

   **The debtor(s) failed to file an amended plan as previously ordered.**


**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

###